# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2006

130585

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL FRANCIS SPITZLEY, Personal
Representative of the ESTATE OF DAVID A.
SPITZLEY,
       Plaintiff-Appellee,

v

       SC: 130585
       COA: 255345
       Clinton CC: 03-009578-CZ

THOMAS P. SPITZLEY and KIMBERLY S.
SPITZLEY,
       Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument: (1) whether any of the Michigan authority defendants asserted below supported their position that they were entitled to the disputed 40-acre parcel of farmland; (2) whether the non-Michigan authority on which defendants relied in their counter-complaint presented a good-faith argument for the extension, modification, or reversal of existing law, MCR 2.114(D); (3) whether the circuit court correctly ruled that "Defendants have not presented . . . any documentary evidence that supports their position"; and (4) whether sanctions were properly awarded against defendants pursuant to MCR 2.114(E). The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2006

_____
Clerk

s0530